U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 2 2 2019

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CARL JOHNSON,<br>Plaintiff | CIVIL ACTION NO. 1:18-CV-1662-P |
| VERSUS | CHIEF JUDGE DRELL |
| RAYMOND LABORDE<br>CORRECTIONAL CENTER, ET<br>AL.,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 11), and after a de novo review of the record including the Objection filed by Plaintiff (Doc. 13), having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Complaint (Doc. 1) is hereby DENIED and DISMISSED with prejudice under § 1915(e)(2)(b) and § 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 22nd day of _____April_____, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE